T UV⒥ÞÁÕÜŒÞVÒÖL
Ù^}c^}&ā*Á^•^ơÁ[¦
Ø⌐ãāæêÊÁ̂P[ç^{ à^¦Á̂ẼÁGFG
æœÁ̂F€Ⅎ€€Áæď̥ Ě́

*Kevin H. Sharp* (signature)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-CR-00206 |
| v. | ) | |
| | ) | JUDGE SHARP |
| WILLIAM CLAYTON STORY | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through Clay T. Lee, Special Assistant United States Attorney for the Middle District of Tennessee, moves to have the sentencing hearing presently scheduled for October 15, 2012 continued to a later date.

In support of this motion, the United States submits that lead counsel for the prosecution, Braden Boucek, is presently engaged in a criminal trial in Judge Campbell's court. The duration of this trial is unknown at present–the presentation of proof is expected to conclude within 1-2 days. Additionally, the undersigned counsel is presently preparing for a trial scheduled to begin on October 16 in Judge Trauger's court.

Mr. Boucek has related to the undersigned that he has conferred with counsel for the defendant, Mr. Ronald Small, and Mr. Boucek advises that Mr. Small is unopposed to this motion and agrees to continue the suppression hearing.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

s/ *Clay T. Lee*
Clay T. Lee
Special Assistant United States Attorney
110 9th Avenue, South, Suite A-961